UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VARGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HERCULES, et al.,<br><br>    Defendants. | Case No. 21-cv-07191-EMC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Manuel Vargas has filed suit against multiple defendants, including the City of Hercules and two of its employees.  Mr. Vargas asserts that the defendants have violated state and federal law by, *e.g.*, trying to enforce the California Vehicle Code against him.  Three defendants – the City and its two employees (collectively, the "City Defendants") – filed a motion on September 23, 2021 to dismiss the claims asserted against them.  Mr. Vargas did not file an opposition within the timeframe provided for by the Civil Local Rules.  *See* Civ. L.R. 7-3 (providing that "[t]he opposition must be filed and served not more than 14 days after the motion was filed").  Accordingly, the Court hereby orders Mr. Vargas to show cause as to why his claims against the City Defendants should not be dismissed for failure to oppose the motion and/or failure to prosecute.

Mr. Vargas shall file his response to this order to show cause by **November 4, 2021**.  In his response, he must also address the merits of the City Defendants' motion to dismiss.  Mr. Vargas is forewarned that, if he does not file a response to this order to show cause by the date specified, then the Clerk of the Court shall automatically dismiss the claims against the City Defendants without prejudice.

In light of this order to show cause, the hearing on the City Defendants' motion to dismiss, which was set for November 18, 2021, is temporarily **VACATED**.

**IT IS SO ORDERED**.

Dated: October 14, 2021



EDWARD M. CHEN
United States District Judge