UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL VARGAS,

          Plaintiff,

    v.

CARLOS FREEMAN, et al.,

          Defendants.

Case No. 21-cv-07191-EMC

**ORDER REMANDING CASE**

Docket No. 33

      Previously, the Court issued an order instructing Plaintiff Manuel Vargas to show cause as to why the case should not be remanded back to state court pursuant to the Court's authority to decline supplemental jurisdiction.  The Court noted for Mr. Vargas that, if he did not file a response, it would direct the Clerk of the Court to remand his case.  Having received no response from Mr. Vargas, the Court hereby **REMANDS** the case to Contra Costa County Superior Court. The Clerk of the Court is ordered to close the file in this case.

      **IT IS SO ORDERED**.

Dated: March 22, 2022

_____
EDWARD M. CHEN
United States District Judge